

149 So.2d 767

STATE of Louisiana, through the DEPART-
MENT OF HIGHWAYS,

v.

May S. THORNTON et al.

No. 46571.

Feb. 18, 1963.

Writs denied. The showing made is not sufficient to warrant the exercise of our supervisory jurisdiction.

149 So.2d 767

Carrie Holland EDWARDS

v.

Emma Brown SMITH et al.

No. 46578.

Feb. 18, 1963.

Writ denied. On the facts found by the Court of Appeal the result is correct.

149 So.2d 768

Mrs. Leon A. WHITE

v.

J. W. HUDSPETH et al

No. 46594.

Feb. 18, 1963.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

149 So.2d 768

Harold DANZIGER

v.

EMPLOYERS MUTUAL LIABILITY IN-
SURANCE COMPANY OF WISCON-
SIN and Mente & Company, Inc.

No. 46538.

Feb. 18, 1963.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.